FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2021

No. 04-21-00116-CV

**BISON DRILLING AND FIELD SERVICES LLC** and Bison Trucking LLC,
Appellants

v.

**MCDAY ENERGY CORP.**, Donald W. Orr, and McDay Oil & Gas, Inc.,
Appellees

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 18-05-14176-ZCV
Honorable Maribel Flores, Judge Presiding

## O R D E R

Appellant's brief was originally due May 3, 2021. Appellant has been granted one previous extension until June 2, 2021. On May 25, 2021, appellant filed a second unopposed motion requesting a thirty-day extension of time. The motion is GRANTED and appellant's brief is due **no later than July 2, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court